IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 12-60729 |
| | § | |
| KENNETH PATRICK MILAM AND | § | |
| KRIS GUERRERO MILAM | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

Please note the new address for the above-referred co-debtor

Kris Guerrero Milam
404 Mesquite Circle
Copperas Cove, TX 76522

Respectfully submitted,

/s/ Samantha Kehl
Samantha Kehl
Texas State Bar No. 24062821
The Kehl Law Firm, P.C.
3900 W. Waco Dr.
Waco, Texas 76710
254-870-0105 Phone
254-235-1510 Fax
samantha_kehl@thekehllawfirm.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2015, a true and correct copy of the above and foregoing (with matrix) was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

Kenneth Patrick Milam
10121 Orchid Lane
Waco, TX 76708

Kris Guerrero Milam
404 Mesquite Circle
Copperas Cove, TX 76522

Via Email: info@rayhendren13.com
Ray Hendren
Chapter 13 Trustee
3410 Far West Blvd, Suite 200
Austin, TX 78731

All Creditors in the Matrix Attached hereto as Exhibit "A"

/s/ Samantha Kehl
Samantha Kehl